# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D2024-2513

_____

ROBERT J. BAILEY,

Petitioner,

v.

STATE OF FLORIDA,

Respondent.

_____

Petition for Writ of Certiorari—Original Jurisdiction.


February 20, 2025


PER CURIAM.

DISMISSED.

B.L. THOMAS, ROWE, and WINOKUR, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____


David J. Joffe of Joffe Law, P.A., Fort Lauderdale, for Petitioner.

James Uthmeier, Attorney General, Janine D. Robinson, and Charmaine M. Millsaps, Assistant Attorneys General, Tallahassee, for Respondent.